**2016–0053.  State ex rel. Logan Clay Prods. Co. v. Indus. Comm.**
Franklin App. No. 14AP–808, 2015-Ohio-5235. On appellant's application for dismissal. Application granted. Cause dismissed.

*April 24, 2017*

2017-Ohio-1475.]

**2013–0924.  Disciplinary Counsel v. Marshall.**
On application for reinstatement by respondent, Joy Lenore Marshall, Attorney Registration No. 0073585, last known business address in Columbus, Ohio. Application denied.

*April 24, 2017*

2017-Ohio-1501.]

**2016–0623.  Schultheiss v. Heinrich Ents., Inc.**
Washington App. No. 15CA20, 2016-Ohio-121. On appellee's motion to dismiss. Motion denied.

*April 25, 2017*

2017-Ohio-1518.]

**2015–0327.  Mace v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2014–1952. On appellants' application for dismissal. Application granted. Cause dismissed.

**2015–0328.  Mace v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2014–1951. On appellants' application for dismissal. Application granted. Cause dismissed.